[No. 13960–6–I.   Division One.   February 27, 1984.]

THE STATE OF WASHINGTON, *Petitioner,* v. CASCADE DISTRICT COURT, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83–2–01932–8, Robert C. Bibb, J., entered October 10, 1983. *Reversed* and *remanded* by unpublished per curiam opinion. Now published at 37 Wn. App. 131.

[Nos. 5714–0–II; 6861–3–II.   Division Two.   February 29, 1984.]

*In the Matter of the Personal Restraint of* FRED F. SNODGRASS, *Petitioner.*

THE STATE OF WASHINGTON, *Respondent,* v. FRED F. SNODGRASS, *Appellant.*

By an order dated February 29, 1984, the unpublished opinion in this consolidated cause noted at 36 Wn. App. 1037 was recalled.

[No. 5985–1–II.   Division Two.   February 29, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DARRELL K. BLYE, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 80–1–00431–8, James I. Maddock, J., entered October 30, 1981. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Reed and Worswick, JJ.